## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA MATARAZZO, on behalf of herself and all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) | **Civil Action No. 11-05439** |
| **vs.** | ) ) | |
| **EQUIFAX, LLC          ,** | ) ) | |
| **Defendant.** | ) ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

     Kindly enter the appearance of James A. Francis on behalf of Plaintiff in the above-captioned matter.

                             **Respectfully submitted,**

                             **FRANCIS & MAILMAN, P.C.**

               BY:    */s/ James A. Francis*
                        JAMES A. FRANCIS
                        Land Title Building, 19th Floor
                        100 South Broad Street
                        Philadelphia, PA 19110
                        (215) 735-8600

Date: August 30, 2011