IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MATARAZZO, on behalf of herself and all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) )   Civil Action No. 11-05439 |
| vs. | ) ) |
| **EQUIFAX, LLC          ,** | ) ) |
| **Defendant.** | ) ) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Erin A. Novak on behalf of Plaintiff in the above-captioned matter.

**Respectfully submitted,**

**FRANCIS & MAILMAN, P.C.**

BY:   _/s/ Erin A. Novak_____
ERIN A. NOVAK
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Date: August 30, 2011