IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, ) | |
| ) | Civil Action No. 2:11-cv-05439-JD |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Catherine Olanich Raymond, Esq. of the law firm of Christie, Pabarue, Mortensen and Young, A Professional Corporation hereby enters her appearance on behalf of Defendant Equifax Information Services, LLC in the above cause.

Respectfully submitted this 31st day of October, 2011.

                        EQUIFAX INFORMATION SERVICES LLC

By:    /s/ *Catherine Olanich Raymond*   **CR 1340**
        Catherine Olanich Raymond
        Christie, Pabarue, Mortensen and Young,
         *A Professional Corporation*
        1880 JFK Boulevard - 10th Floor
        Philadelphia, PA  19103
        (215) 587-1600

        *Attorneys for Defendant Equifax Information Services LLC*

743889.1

2

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 31st day of October, 2011 electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Robert P. Cocco, P.C.
>1500 Walnut Street, Suite 900
>Philadelphia, PA  19102
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Blvd., Suite 201
>Newport News, VA  23606
>
>James A. Francis, Esq.
>Francis & Mailman
>Land Title Building
>100 South Broad Street
>19th Floor
>Philadelphia, PA 19110

Dated: October 31, 2011.

>/s/  *Catherine Olanich Raymond*
>CATHERINE OLANICH RAYMOND