IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MATARAZZO,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**EQUIFAX INFORMATION** )<br>**SERVICES, LLC,** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 2:11-cv-05439-JD** |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW Defendant Equifax Information Services LLC and submits the following Rule 7.1 Disclosure Statement:

The nongovernmental corporate party, Equifax Information Services LLC, in the above listed civil action has the following parent corporation and publicly held corporation that owns 10% or more of its stock:  Equifax Inc.

Dated: November 9, 2011.

              Respectfully submitted,

              */s/ Catherine Olanich Raymond* **CR 1340**
              Catherine Olanich Raymond
              Christie, Pabarue, Mortensen and Young,
               *A Professional Corporation*
              1880 JFK Boulevard, 10th Floor
              Philadelphia, PA  19103
              coraymond@cpmy.com

              Attorneys for Defendant Equifax Information
              Services LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

>Robert P. Cocco, Esq.
>Robert P. Cocco, P.C.
>1500 Walnut Street, Suite 900
>Philadelphia, PA  19102
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Blvd., Suite 201
>Newport News, VA  23606
>
>James A. Francis, Esq.
>Francis & Mailman
>Land Title Building
>100 South Broad Street
>19th Floor
>Philadelphia, PA 19110

Dated: November 9, 2011.

>/s/  Catherine Olanich Raymond
>CATHERINE OLANICH RAYMOND