UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CASE NO. 2:11-cv-05439-JD |
| | § |
| EQUIFAX INFORMATION SERVICES LLC, | § |
| | § |
| Defendant. | § |

## [~~PROPOSED~~] ORDER

On this day, came before the Court, Defendant Equifax Information Services LLC's ("Equifax") Uncontested Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. Having considered Equifax's Motion, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the time for Equifax to answer, move or otherwise respond to the Complaint is extended to and including January 31, 2012.

This 22nd day of November, 2011.

_____
The Honorable Jan E. DuBois
United States District Court Judge

746059.1