DATE OF NOTICE:        December 5, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MATARAZZO *ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED* | : : : : | CIVIL ACTION |
| v. | : : | |
| EQUIFAX, INFORMATION SERVICES, LLC | : | NO. 11-5439 |

**NOTICE**

Please be advised that an **INITIAL PRELIMINARY PRETRIAL TELEPHONE CONFERENCE** will be held on **Thursday, January 5, 2012, at 4:45 p.m.**  Counsel for plaintiff will initiate the call and, when all counsel are on the line, contact Chambers at 215-597-5579.

Attached is the Court's Scheduling and Discovery Policy and a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference.  Do not have this Report docketed.  You are also required to comply with the provisions of F.R.C.P. 26 (f) regarding a conference of the parties and submission of a report outlining a proposed case management plan.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference.  The conference will be continued to another date only in exceptional cases.

/s/ George Wylesol
George Wylesol,
Deputy Clerk to Judge DuBois
267-299-7339

xc:    Robert P. Cocco, Esq.
       Erin Amanda Novak, Esq.
       James P. Francis, Esq.
       Catherine Olanich Raymond, Esq.

Attachment