IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-05439-JD |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 9th day of DEC., 2011, upon considering the motion to admit Barry Goheen as counsel *pro hac vice* for Defendant Equifax Information Services LLC ("Equifax") in the above-captioned action, it is hereby ordered that Barry Goheen is admitted in this case as counsel *pro hac vice* for Equifax.

BY THE COURT

_____
U.S. District Judge