IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA MATARAZZO, on behalf of herself** | : | **CIVIL ACTION** |
| **and all others similarly situated,** | : | |
| **Plaintiff,** | : | |
| | : | **NO. 11-5439** |
| **v.** | : | |
| | : | |
| **EQUIFAX INFORMATION SERVICES,** | : | |
| **INC.,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 14th day of December, 2011, upon consideration of Plaintiff's Motion to Extend Time to Move for Class Certification (Document No. 10, filed November 22, 2011), there being no response to the Motion, and good cause appearing, **IT IS ORDERED** Plaintiff's Motion to Extend Time to Move for Class Certification is **GRANTED**. The time for filing plaintiff's motion for class certification will be addressed at the Initial Pretrial Conference scheduled for January 5, 2012.

BY THE COURT:

/s/ Jan E. DuBois
_____
JAN E. DUBOIS, J.