IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MATARAZZO, on behalf of herself and all others similarly situated,** )<br><br>**Plaintiff,** )<br>**vs.** )<br><br>**EQUIFAX, LLC,** )<br><br>**Defendant.** ) | Civil Action No. 11-05439<br><br>Class Action |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of David A. Searles on behalf of Plaintiff in the above-captioned matter.

                        **Respectfully submitted,**

                        **FRANCIS & MAILMAN, P.C.**

        BY:    _/s/ David A. Searles_____
                    DAVID A. SEARLES
                    Land Title Building, 19th Floor
                    100 South Broad Street
                    Philadelphia, PA 19110
                    (215) 735-8600

Date: December 16, 2011