IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) EQUIFAX INFORMATION SERVICES, LLC, ) ) ) ) Defendant. ) ) | Civil Action No. 11-5439<br><br>CLASS ACTION |

## JOINT PROPOSED DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f), counsel for the Plaintiff and Defendant hereby submit this Joint Proposed Discovery Plan.

Defendant has represented that it will be filing a motion to dismiss, which Plaintiff will oppose. Accordingly, the parties propose that further scheduling shall abide the Court's disposition of the motion to dismiss. Following that disposition, the parties proposed that they meet and confer, and if necessary, have a status conference with the Court, concerning the scheduling of all discovery, expert reports, class certification and dispositive motion deadlines as appropriate.

FRANCIS & MAILMAN, P.C.

By:    /s/ James A. Francis
      JAMES A. FRANCIS
      ERIN A. NOVAK
      Land Title Building, 19th Floor
      100 South Broad Street
      Philadelphia, PA 19110
      (215) 735-8600

        **ROBERT P. COCCO, P.C.**
        ROBERT P. COCCO
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        (215) 351-0200

        **CONSUMER LITIGATION ASSOCIATES, P.C.**
        LEONARD A. BENNETT
        12515 Warwick Boulevard, Suite 100
        Newport News, VA 23606
        (757) 930-3660

        *Attorneys for Plaintiff and the Class*

By: _____
        King & Spalding LLP
        1180 Peachtree Street
        Atlanta, Georgia 30309-3521
        Tel.: (404) 572-3079
        Fax: (404) 572-5172
        TLove@KSLAW.com
        ***Attorneys for Defendant Equifax Information Services, LLC***