UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LISA MATARAZZO,

    Plaintiff

v.                                                      CIVIL NO. 2:11cv05439-JD

EQUIFAX INFORMATION SERVICES, LLC.,

    Defendant

## MOTION TO APPEAR *PRO HAC VICE*

Plaintiff, LISA MATARAZZO ("Plaintiff"), by and through her counsel, Robert P. Cocco, hereby move this Honorable Court for the admission to practice *pro hac vice* of Leonard A. Bennett of Newport News, Virginia, before the United States District Court for the Eastern District of Pennsylvania, as co-counsel for Plaintiff in this action, and in support of her motion, state as follows:

    1. Mr. Bennett is employed by the law firm of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia, is a resident of the Commonwealth of Virginia, and a member in good standing of the Bar of the Commonwealth of Virginia. He is also admitted to the Supreme Court of the United States and the United States Court of Appeals for the Third Circuit, as well as multiple United States district courts. (Declaration of Leonard Bennett attached as Exhibit "A")

    2. Local Rule 83.2.1C of this Court provides that "any person who is a member in good standing of the Supreme Court of Pennsylvania, or a member in good standing of the Supreme Court of the United States, or a member in good standing of any United States district court, may be admitted to practice before the bar of this court."

3. Mr. Bennett is counsel for the Plaintiff, Lisa Matarazzo and is intimately familiar with the above-captioned action. He litigates exclusively in the field in which this case is founded – the Federal Fair Credit Reporting Act, 15 U.S.C. §1681, et seq.

4. Mr. Bennett has not been censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt, or other proceeding involving Mr. Bennett is pending before any Court.

5. Mr. Bennett is willing to submit to the jurisdiction of this Court and comply with all of its rules and procedures.

6. Mr. Bennett has certified that he has read, knows, and understands the local rules of the United States District Court for the Eastern District of Pennsylvania and agrees to comply with said rules.

WHEREFORE, counsel for Plaintiff, Lisa Matarazzo respectfully requests that this Honorable Court grant his Motion and admit Leonard A. Bennett, *pro hac vice* in this action.

Respectfully submitted,

_____ /RC935

Robert P. Cocco
1500 Walnut Street, Suite 900
Philadelphia, PA 19101
215-351-0200
Fax: 215-922-3874
Email: rcocco@rcn.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LISA MATARAZZO,

    Plaintiff

v.                                      CIVIL NO. 2:11cv05439-JD

EQUIFAX INFORMATION SERVICES, LLC.,

    Defendant

## DECLARATION OF LEONARD A. BENNETT, ESQ.

I, Leonard A. Bennett, do hereby state as follows:

1. I am the founding partner of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601.

2. I am admitted to practice before, and am a member in good standing of the Bar of the highest court of the State of Virginia, where I regularly practice law. I am also admitted to practice before, and am a member in good standing of the Bar of the highest court of the State of North Carolina. I have also been admitted to practice before and am presently a member in good standing of the Bars of the following courts:

| *Court:* | *Date Admitted:* |
|---|---|
| Supreme Court of the United States | 2005 |
| Supreme Court of Virginia | 1994 |
| U.S. Court of Appeals – 3rd Circuit | 2007 |
| U.S. Court of Appeals – 4th Circuit | 2007 |
| U.S. Court of Appeals – 9th Circuit | 2009 |
| U.S. District Court of North Carolina- Western District | 2007 |
| U.S. District Court of North Carolina – Eastern District | 2005 |
| U.S. District Court of Wisconsin – Eastern District | 2006 |
| U.S. District Court of Michigan – Eastern District | 2004 |
| U.S. District Court of Illinois | 2003 |
| U.S. District Court of Virginia – Eastern District | 1994 |
| U.S. District Court of Virginia – Western District | 2004 |

3. I am counsel for Plaintiff, Lisa Matarazzo. I litigate exclusively in the field in which this case is founded – the Federal Fair Credit Reporting Act, 15 U.S.C. §1681, et seq. I am intimately familiar with the above-captioned action.

4. I have not been censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt, or other proceeding is pending before any court.

5. I have read and understand the local rules of the United States District Court for the Eastern District of Pennsylvania and agree to comply with those rules.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Respectfully submitted,

_____
LEONARD A. BENNETT
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LISA MATARAZZO,

    Plaintiff

v.                                                                    CIVIL NO. 2:11cv05439-JD

EQUIFAX INFORMATION SERVICES, LLC.,

    Defendant

## ORDER

AND NOW this _____ day of _____, 2011, upon review of the foregoing Motion for Admission *Pro Hac Vice* of Leonard A. Bennett, Esq., it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion be and the same hereby is **GRANTED.**

 

                                                                                                 _____
                                                                                                 United States District Judge