UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LISA MATARAZZO,

    Plaintiff

v.                                      CIVIL NO. 2:11cv05439-JD

EQUIFAX INFORMATION SERVICES, LLC.,

    Defendant

### ORDER

AND NOW this 17th day of JANUARY, 2011, upon review of the foregoing Motion for Admission *Pro Hac Vice* of Leonard A. Bennett, Esq., it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion be and the same hereby is **GRANTED**.

_____
United States District Judge