IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MATARAZZO,<br>**Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.   **2:11-cv-05439-JD** |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC,<br>**Defendants.** | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Catherine Olanich Raymond as counsel for Equifax

Information Services LLC in the above-captioned action.

Respectfully submitted,
CHRISTIE, PABARUE, MORTENSEN AND YOUNG,
*A Professional Corporation*

CATHERINE OLANICH RAYMOND (I.D. 43116)
coraymond@cpmy.com
1880 JFK Boulevard, 10th Floor
Philadelphia, PA    19103
(215) 587-1600

Attorneys for Defendant,
Equifax Information Services LLC

Dated:    February 3, 2012

753034.1                                                1

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of defendant Equifax Information Services LLC, in the above-captioned action.

Respectfully submitted,
CHRISTIE, PABARUE, MORTENSEN AND YOUNG,
*A Professional Corporation*

JAMES W. CHRISTIE (I.D. 12068)
jwchristie@cpmy.com

ANNELIESE SCOTT (I.D. 93486)
ascott@cpmy.com
1880 JFK Boulevard, 10th Floor
Philadelphia, PA    19103
(215) 587-1600

Attorneys for Defendant
Equifax Information Services LLC

Dated:    February 3, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance/Entry of Appearance will be served upon all counsel that do not receive electronic confirmation of this filing by first class mail, postage pre-paid, as follows:

Robert P. Cocco, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA    19102

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 201
Newport News, VA    23606

James A. Francis, Esq.
Francis & Mailman
Land Title Building
100 South Broad Street
19th Floor
Philadelphia, PA 19110

_____
ANNELIESE SCOTT

Dated: February 3, 2012