IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO,<br>            Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>            Defendants. | CIVIL ACTION<br><br>NO.   2:11-cv-05439-JD |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Catherine Olanich Raymond as counsel for Equifax Information Services LLC in the above-captioned action.

>
> Respectfully submitted,
> CHRISTIE, PABARUE, MORTENSEN AND YOUNG,
> *A Professional Corporation*
>
> _/s/ Catherine Olanich Raymond_
> CATHERINE OLANICH RAYMOND (I.D. 43116)
> coraymond@cpmy.com
> 1880 JFK Boulevard, 10th Floor
> Philadelphia, PA   19103
> (215) 587-1600
>
> Attorneys for Defendant,
> Equifax Information Services LLC

Dated:   February 3, 2012

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of defendant Equifax Information Services LLC, in the above-captioned action.

        Respectfully submitted,
        CHRISTIE, PABARUE, MORTENSEN AND YOUNG,
        *A Professional Corporation*

        JAMES W. CHRISTIE (I.D. 12068)
        jwchristie@cpmy.com

        ANNELIESE SCOTT (I.D. 93486)
        ascott@cpmy.com
        1880 JFK Boulevard, 10th Floor
        Philadelphia, PA   19103
        (215) 587-1600

        Attorneys for Defendant
        Equifax Information Services LLC

Dated:   February 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance/Entry of Appearance will be served upon all counsel that do not receive electronic confirmation of this filing by first class mail, postage pre-paid, as follows:

>Robert P. Cocco, P.C.
>1500 Walnut Street, Suite 900
>Philadelphia, PA   19102
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Blvd., Suite 201
>Newport News, VA   23606
>
>James A. Francis, Esq.
>Francis & Mailman
>Land Title Building
>100 South Broad Street
>19th Floor
>Philadelphia, PA 19110

_____
ANNELIESE SCOTT

Dated: February 3, 2012