IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Civil Action No. 11-5439<br><br>CLASS ACTION |

## STIPULATION

AND NOW, this 21st day of February, 2012, it is hereby STIPULATED and AGREED by and between the undersigned counsel that the deadline for Plaintiff to respond to Defendant Equifax Information Services LLC's Motion to Transfer Venue and/or Dismiss Plaintiff's Complaint, Docket No. 21, is hereby extended until March 6, 2012. It is further agreed that Defendant Equifax Information Services LLC's deadline by which to file a Reply Brief in Support of its Motion to Transfer Venue and/or Dismiss Plaintiff's Complaint is hereby extended until March 20, 2012.

It is agreed that this Stipulation can be executed by facsimile or e-mail signatures.

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Francis | /s/ Barry Goheen |
| JAMES A. FRANCIS | BARRY GOHEEN (*pro hac vice*) |
| ERIN A. NOVAK | **KING & SPALDING LLP** |
| **FRANCIS & MAILMAN, P.C.** | 1180 PEACHTREE STREET |
| Land Title Building, 19th Floor | Atlanta, GA 30309 |
| 100 South Broad Street | |
| Philadelphia, PA 19110 | ANNELIESE SCOTT |
| | **CHRISTIE PABARUE MORTENSEN & YOUNG P.C.** |
| ROBERT P. COCCO | 1880 JFK Blvd., 10th Floor |
| **LAW OFFICES OF ROBERT P. COCCO** | Philadelphia, PA 19103 |
| 1500 Walnut Street, Suite 900 | |
| Philadelphia, PA 19102 | *Attorneys for Equifax Information Services LLC* |

*Attorneys for Plaintiff and the Class*

Dated: February 21, 2012


APPROVED BY THE COURT:

Date: 2/21/12                            _____
                                          DuBois, J.