## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Civil Action No. 11-5439<br><br>CLASS ACTION |

## STIPULATION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

AND NOW, this 20th day of March, 2012, it is hereby STIPULATED and AGREED by Plaintiff Lisa Matarazzo and Defendant Equifax Information Services LLC, which has moved this Court to transfer venue of this litigation to the United States District Court for the Northern District of Georgia, Atlanta Division or in the Alternative moves this Court to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (Dk. No. 21) that Plaintiff's present action against Defendant shall be transferred in its entirety to the United States District Court for the Northern District of Georgia, Atlanta Division. This transfer will not affect the date on which this action was filed and this transfer will have no affect on the statute of limitations of Plaintiff's claims.

It is further STIPULATED and AGREED by the Parties that Defendant's Motion in the alternative, to Dismiss Plaintiff's Amended Complaint for Failure to state a Claim, will be withdrawn, thereby rendering Defendant's Motion (Dk. No. 21) moot.

Respectfully submitted,

_/s/ James A. Francis_
JAMES A. FRANCIS
ERIN A. NOVAK
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

ROBERT P. COCCO
**LAW OFFICES OF ROBERT P. COCCO**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

_Attorneys for Plaintiff and the Class_

_/s/ Barry Goheen_
BARRY GOHEEN (_pro hac vice_)
**KING & SPALDING LLP**
1180 PEACHTREE STREET
Atlanta, GA 30309

ANNELIESE SCOTT
**CHRISTIE PABARUE MORTENSEN & YOUNG P.C.**
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103

_Attorneys for Equifax Information Services LLC_

Dated: March 20, 2012

APPROVED BY THE COURT:

Date: 3/20/12

Jan E. DuBois
DuBois,

2