IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA MATARAZZO, and on behalf of all others similarly situated,** | : | **CIVIL ACTION** |
| Plaintiff, | : | NO. 11-5439 |
| v. | : | |
| **EQUIFAX INFORMATION SERVICES, LLC,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 21st day of March, 2012, upon consideration of defendant Equifax Information Services, LLC's Motion to Transfer, or Alternatively, to Dismiss for Failure to State a Claim (Document No. 21, filed January 31, 2012), the parties having stipulated to the transfer of this case to the United States District Court of the Northern District of Georgia Atlanta Division, and the Court having approved the stipulation on March 20, 2012, **IT IS ORDERED**, pursuant to the stipulation of the parties approved by the Court on March 20, 2012, that this action is transferred to the United States District Court of the Northern District of Georgia Atlanta Division.

**IT IS FURTHER ORDERED** that Defendant's Motion to Transfer Venue is **DENIED AS MOOT**. Defendant's alternative Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim is **MARKED WITHDRAWN**.

BY THE COURT:

/s/ Jan E. DuBois

**JAN E. DUBOIS, J.**