UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | |
| : | 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION : | |
| SERVICES LLC, : | |
| : | |
| Defendant. : | |

**NOTICE OF APPEARANCE OF BARRY GOHEEEN,
J. ANTHONY LOVE, AND K. ANN BROUSSARD
FOR EQUIFAX INFORMATION SERVICES LLC**

To the Clerk of this Court and all parties of record:

Please enter appearances for Barry Goheen, J. Anthony Love, and K. Ann Broussard as counsel in this case for Defendant Equifax Information Services LLC.

This 2nd day of April, 2012.

                Respectfully submitted,

                EQUIFAX INFORMATION
                SERVICES LLC

                By:/s/   *K. Ann Broussard*
                    Barry Goheen
                    Georgia Bar No. 299203
                    J. Anthony Love
                    Georgia Bar No. 459155

K. Ann Broussard
Georgia Bar No. 100142
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
BGoheen@KSLaw.com
TLove@KSLaw.com
ABroussard@KSLaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION SERVICES LLC, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing **NOTICE OF APPEARANCE OF BARRY GOHEEN, J. ANTHONY LOVE, AND K. ANN BROUSSARD FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: April 2, 2012

/s/   K. Ann Broussard