IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE NO. |
| v. : | |
| : | 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION : | |
| SERVICES, LLC, : | |
| : | |
| Defendant. : | |

**ENTRY OF APPEARANCE**

NOW COMES, JUSTIN T. HOLCOMBE, and enters his appearance as counsel for Plaintiff in the above styled action.

Respectfully submitted,

                              **SKAAR & FEAGLE, LLP**

                              by:   / s/ Justin T. Holcombe
                                      Justin T. Holcombe
                                      Attorney for Plaintiff
                                      Georgia Bar No. 552100

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA 30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
jholcombe@skaarandfeagle.com