IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action File No.<br>)<br>) 1:12-cv-01006-WSD-AJB |
| v. | )<br>) CLASS ACTION |
| EQUIFAX INFORMATION SERVICES LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S MOTION TO CONFIRM AN EXTENSION OF
TIME TO FILE HER MOTION FOR CLASS CERTIFICATION**

Plaintiff Lisa Matarazzo, by counsel, pursuant to Federal Rule of Civil Procedure 23(c), hereby requests confirmation of the previously granted extension time in which to move for class certification. Such extension was granted until 30 days after the close of discovery. The reasons for the request are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by: <u>  / s/ Justin T. Holcombe</u>
Justin T. Holcombe
Attorney for Plaintiff
Georgia Bar No. 552100

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600 ● fax (404) 601 - 1855
jholcombe@skaarandfeagle.com