IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LISA MATARAZZO, on behalf of herself and all others similarly situated,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**EQUIFAX INFORMATION SERVICES LLC,** )<br><br>**Defendant.** ) | **Civil Action File No.**<br><br>**1:12-cv-01006-WSD-AJB**<br><br>**CLASS ACTION** |

## <u>ORDER</u>

AND NOW, upon consideration of Plaintiff's Motion to Confirm an Extension of Time to Move for Class Certification (the "Motion"), and Defendant's response thereto, if any, and good cause appearing therefore,

IT IS, this ___ day of _____, 2012, HEREBY ORDERED that the Motion is GRANTED. The time for Plaintiff to file her Motion for Class Certification is confirmed as extended to a date thirty (30) days after the close of class discovery or other reasonable time as set forth by the Court after a Rule 16 Conference.

 

 

_____
Hon. Alan J. Baverman
United States Magistrate Judge
Northern District of Georgia