IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:12-cv-01006-WSD-AJB<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing PLAINTIFF'S MOTION TO CONFIRM AN EXTENSION OF TIME TO FILE HER MOTION FOR CLASS CERTIFICATION with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Barry Goheen, Esquire
J. Anthony Love, Esquire
Keasha Ann Broussard, Esquire
KING & SPALDING, LLP
180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

*Attorneys for Defendant*
*Equifax Information Services LLC*

1

**S**KAAR **& F**EAGLE**, LLP**

　*/s/ Justin T. Holcombe*
Justin T. Holcombe
Attorney for Plaintiff
Georgia Bar No. 552100

P.O. Box 1478, Marietta, GA  30061-1478
331 Washington Avenue, Marietta, GA  30060
voice (770) 427-5600   fax (404) 601-1855
jholcombe@skaarandfeagle.com