IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA MATARAZZO,                    :
                                   :
    Plaintiff,                     :
                                   :        CIVIL ACTION FILE NO.
    v.                             :
                                   :        1:12-cv-01006-WSD-AJB
EQUIFAX INFORMATION               :
SERVICES, LLC,                     :
                                   :
    Defendant.                     :
_____:

**ENTRY OF APPEARANCE**

NOW COMES, James M. Feagle, and enters his appearance as counsel for

Plaintiff in the above styled action.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:      / s/ James M. Feagle
         James M. Feagle
         Attorney for Plaintiff
         Georgia Bar No. 256916

108 E. Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
voice (404) 373-1970  ●  fax (404) 601 - 1855
jfeagle@skaarandfeagle.com