IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LISA MATARAZZO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | |
| | : | 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ENTRY OF APPEARANCE

NOW COMES, Kris Skaar, and enters his appearance as counsel for Plaintiff in the above styled action.

Respectfully submitted,

          **SKAAR & FEAGLE, LLP**

      by:  / s/ Kris Skaar
         Kris Skaar
         Attorney for Plaintiff
         Georgia Bar No. 649610

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
Krisskaar@aol.com