# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LISA MATARAZZO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 1:12-cv-01006-WSD-AJB |
| | : | |
| EQUIFAX INFORMATION SERVICES LLC, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Defendant, Equifax Information Services LLC ("EIS") files its Notice of Withdrawal of Motion to Dismiss, stating as follows:

1. The case was originally filed on April 8, 2011 in the United States District Court for the Eastern District of Pennsylvania. (Doc. 1.)

2. Equifax filed its motion to transfer or, in the alternative, motion to dismiss on January 31, 2012. (Doc. 21.)

3. The parties subsequently agreed to a transfer of the case and the case was transferred to this Court on March 26, 2012. (Doc. 27.)

4. Accordingly, Equifax withdraws its motion to dismiss.

5. The parties have conferred and agreed that Equifax may file its answer or other responsive pleading by August 15, 2012.

Accordingly, Equifax requests that it be permitted to withdraw its motion to dismiss and file its answer or other responsive pleading by August 15, 2012.

DATED: July 18, 2012.

                              EQUIFAX INFORMATION SERVICES LLP

           By:   /s/ Barry Goheen
                 Barry Goheen (Ga. Bar No. 299203)
                 J. Anthony Love, Esq. (Ga. Bar No. 459155)
                 K. Ann Broussard, Esq. (Ga. Bar No. 100142)
                 King & Spalding LLP
                 1180 Peachtree Street
                 Atlanta, GA 30309
                 404-572-4600
                 Fax: 404-572-5100
                 Email:  bgoheen@kslaw.com
                              tlove@kslaw.com
                              abroussard@kslaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all attorneys of record.

Dated: July 18, 2012.

                                              /s/ Barry Goheen
                                              Barry Goheen