IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION SERVICES LLC, | : |
| Defendant. | : |

**O R D E R**

Presently before the Court is Plaintiff's Motion to Confirm an Extension of Time to Move for Class Certification. [Doc. 32]. For good cause shown and because the motion is unopposed, the Court hereby **GRANTS** the motion. The time for Plaintiff to file her Motion for Class Certification is extended to **THIRTY DAYS** after the close of class discovery.

**IT IS SO ORDERED**, this 2d day of October, 2012.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)