# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-01006-WSD-AJB
### MATARAZZO v. EQUIFAX, LLC
### Honorable Alan J. Baverman

Minute Sheet for proceedings held in open court on 10/02/2012.

TIME COURT COMMENCED: 2:04 P.M.
TIME COURT CONCLUDED: 2:15 P.M.     TAPE NUMBER: FTR Gold
TIME IN COURT: 00:11                DEPUTY CLERK: Caroline Placey
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Love representing Equifax Information Services LLC<br>David Searles representing Lisa Matarazzo<br>Kris Skaar representing Lisa Matarazzo |
| PROCEEDING CATEGORY: | Discovery Hearing (Oral Argument Hearing) |
| MINUTE TEXT: | The Court overruled Plaintiff's request for bifurcated discovery [42] and granted Plaintiff's unopposed motion for extension of time to file her motion for class certification [32]. Following the District Court's ruling on the motion for class certification and any motions for summary judgment, the Court will entertain requests for further discovery, if necessary. |