UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION SERVICES LLC, | : |
| Defendant. | : |

### NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant, Equifax Information Services LLC ("Equifax"), through its undersigned counsel, hereby certifies that it has served a true and correct copy of Equifax's Initial Disclosures by United States Mail to counsel of record on October 5, 2012.

Respectfully submitted this 5th day of October, 2012.

KING & SPALDING LLP

By: _____
Barry Goheen (Ga. Bar No. 299203)
J. Anthony Love (Ga. Bar No. 459155)
K. Ann Broussard (Ga. Bar No. 100142)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

Tel: 404-572-4600
Fax: 404-572-5100
Email: bgoheen@kslaw.com
       tlove@kslaw.com
       abroussard@kslaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC's NOTICE OF SERVICE OF INITIAL DISCLOSURES** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsels of record:

James A. Francis
David A. Searles
Erin A. Novak
Francis & Mailman, P.C.
19th Floor, Land Title Building
100 South Broad Street
Philadelphia, PA 19110

James Marvin Feagle
Justin Tharpe Holcolmbe
Kris Kelly Skaar
Skaar & Feagle, LLP-Decatur
Suite 204
108 East Ponce de Leon Ave.
Decatur, GA 30030

Leonard A. Bennett
Consumer Litigation Associates, P.C.-NN VA
Suite 1-A
763 J Clyde Morris Blvd.
Newport News, VA 23601

Robert T. Cocco
Law Offices of Robert P. Cocco, PC
Suite 900
1500 Walnut Street
Philadelphia, PA 19102
*Attorneys for Plaintiff*

Dated:   October 5, 2012

_____
J. Anthony Love

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax: (404) 572-5100