# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, on behalf of herself and all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EQUIFAX INFORMATION SERVICES LLC | ) ) ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION FILE NUMBER:

1:12-cv-01006-WSD-AJB

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day electronically filed the within and foregoing **PLAINTIFF'S INITIAL DISCLOSURES** with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Barry Goheen
bgoheen@kslaw.com

John Anthony Love
tlove@kslaw.com

Keasha Ann Broussard
ABroussard@kslaw.com

- 1 -

This 9th day of October, 2012.

                    Respectfully Submitted,

                    */s/ Erin A. Novak*
                    James A. Francis, Esquire
                    David A. Searles, Esquire
                    Erin A. Novak, Esquire
                    **FRANCIS & MAILMAN, P.C.**
                    19th Floor, Land Title Building
                    100 South Broad Street
                    Philadelphia, PA 19110
                    Telephone: 215-735-8600
                    Facsimile: 215-940-8000
                    jfrancis@consumerlawfirm.com
                    dsearles@consumerlawfirm.com
                    enovak@consumerlawfirm.com
                    (Admitted *pro hac vice*)