## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **LISA MATARAZZO, on behalf of herself and all others similarly situated,**  **Plaintiff,**  v.  **EQUIFAX INFORMATION SERVICES LLC**  **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION FILE NUMBER:  1:12-cv-01006-WSD-AJB |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that I have this day electronically served the within and foregoing Responses to Requests for Production of Documents, Responses to Interrogatories and Responses to Requests for Admissions to the following counsel of record:

Barry Goheen, Esquire
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
bgoheen@kslaw.com

John Anthony Love, Esquire
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
tlove@kslaw.com

Keasha Ann Broussard, Esquire
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
ABroussard@kslaw.com

This  14th  day of February, 2013.

                                **FRANCIS & MAILMAN, P.C.**

                                */s/ Erin A. Novak*
                                Erin A. Novak, Esquire
                                **FRANCIS & MAILMAN, P.C.**
                                19th Floor, Land Title Building
                                100 South Broad Street
                                Philadelphia, PA 19110
                                Telephone: 215-735-8600
                                Facsimile: 215-940-8000
                                enovak@consumerlawfirm.com
                                (Admitted *pro hac vice* )

                                *Attorneys for Plaintiff Lisa Matarazzo*