UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>1:12-cv-01006-WSD-AJB |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff, Lisa Matarazzo ("Matarazzo"), and Defendant, Equifax Information Services LLC ("Equifax") (collectively, the "Parties"), through counsel, respectfully move the Court for a 60-day extension of the discovery period and subsequent scheduling order deadlines in this action pursuant to Local Rule 26.2B.  In support of this motion, and for good cause shown, the Parties state as follows:

1.

On March 26, 2012, this action was transferred to this Court from the United States District Court for the Eastern District of Pennsylvania.  The Court entered a scheduling Order in this case on October 2, 2012 providing for a six-month discovery period.

2.

The parties have diligently pursued discovery in this case, including exchanging written discovery and responses. The parties have also exchanged relevant documents. The parties are in the process of scheduling depositions to be taken during late March and April. The parties are not able to complete the depositions in March due to multiple scheduling conflicts on both sides.

3.

The Parties have diligently worked to undertake discovery in this matter. Due to the volume of information that has been produced by the Parties, the additional information that will be produced, and the depositions that the Parties anticipate will be necessary, completing discovery in the time allowed for under the original scheduling order is not possible.

4.

The parties will confer to establish a deposition schedule that will allow them to complete discovery on or before May 13, 2013. This request is based on the Parties' realistic assessment of the additional time needed to complete discovery. Barring any unforeseen circumstances, the parties do not anticipate the need for any further extensions of the discovery period.

5.

The Parties submit that an additional 60 days will afford all Parties the time necessary to complete discovery and that such extension will not prejudice any of the parties.

WHEREFORE, the Parties respectfully move this Court for entry of an Order extending the time for completing discovery and that the deadlines in the scheduling order be extended to reflect the 60-day extension of the discovery period.

Respectfully submitted this 15th day of February 2013.

  /s/ *Barry Goheen*
Barry Goheen (Georgia Bar No. 299203)
J. Anthony Love (Georgia Bar No. )
Ann Broussard (Georgia Bar No. 100142)
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax: (404) 572-5100
bgoheen@kslaw.com
tlove@kslaw.com
abroussard@kslaw.com

*Counsel for Defendant Equifax Information Services LLC*

  /s/ *David A. Searles*
David A. Searles
Erin A. Novak
James A. Francis
Francis & Mailman, P.C.

3

19th Floor, Land Title Bldg.
100 South Broad Street
Philadelphia, PA  19110

Robert P. Cocco, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19101
(215) 351-0200
James Marvin Feagle
Skaar & Feagle, LLP - Decatur
Suite 204, 108 East Ponce de Leon Ave.
Decatur, GA  30030

Justin Tharpe Holcombe
Kris Kelly Skaar
Skaar & Feagle, LLP - Marietta
331 Washington Ave.
Marietta, GA  30061

Leonard A. Bennett
Consumer Litigation Associates, P.C.
Suite 1-A
763 J. Clyde Morris Blvd.
Newport News, VA  23601

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in Times New Roman 14 point font.

/s/ *Barry Goheen*
Barry Goheen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LISA MATARAZZO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | |
| | : | 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION SERVICES LLC, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing **JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES** with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsels of record:

James A. Francis
David A. Searles
Erin A. Novak
Francis & Mailman, P.C.
19th Floor, Land Title Building
100 South Broad Street
Philadelphia, PA 19110

James Marvin Feagle
Justin Tharpe Holcolmbe
Kris Kelly Skaar
Skaar & Feagle, LLP-Decatur
Suite 204
108 East Ponce de Leon Ave.
Decatur, GA 30030

Leonard A. Bennett
Consumer Litigation Associates, P.C.-NN VA
Suite 1-A
763 J Clyde Morris Blvd.
Newport News, VA 23601

Robert T. Cocco
Law Offices of Robert P. Cocco, PC
Suite 900
1500 Walnut Street
Philadelphia, PA 19102

*Attorneys for Plaintiff*


Dated:   February 15, 2013

                                               /s/   *Barry Goheen*
                                               Barry Goheen


KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax: (404) 572-5100