# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION SERVICES LLC, | : |
| Defendant. | : |

## [PROPOSED] ORDER ON
## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

On this day, came before the Court the Parties' Joint Motion To Extend the Scheduling Order Deadlines. Having considered the Parties' Motion, and for good cause shown, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the discovery deadline is extended 60 days and all subsequent dates set forth in the Court's October 2, 2012 scheduling order be extended to reflect the 60-day extension of the discovery period.

SO ORDERED this _____ day of February, 2013.

_____
The Honorable Alan J. Baverman
U.S. Magistrate Judge
United States District Court

1