# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-01006-WSD-AJB |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Defendant, Equifax Information Services LLC ("Equifax"), through its undersigned counsel, hereby certifies that it has served a true and correct copy of the following discovery materials by United States mail to all counsel of record on the following dates:

(1)    Equifax's Interrogatories, Requests for Production of Documents, and Requests for Admissions on Plaintiff:  December 10, 2012

(2)    Equifax's Responses to Plaintiff's Interrogatories:  January 11, 2013

(3)    Equifax's Responses to Plaintiff's Requests for Production of Documents:  January 23, 2013.

The foregoing discovery materials were served on the following counsel of

record:

    Robert P. Cocco, P.C., Esq.
    1500 Walnut Street, Suite 900
    Philadelphia, PA  19102

    Leonard A. Bennett, Esq.
    Consumer Litigation Associates, P.C.
    Suite 1-A
    763 J. Clyde Morris Blvd.
    Newport News, VA  23601

    James A. Francis, Esq.
    David Searles, Esq.
    Erin A. Novak, Esq.
    Francis & Mailman
    Land Title Bldg., 19th floor
    100 South Broad Street
    Philadelphia, PA  19110

    James Marvin Feagle, Esq.
    Skaar & Feagle, LLP - Decatur
    Suite 204, 108 East Ponce de Leon Ave.
    Decatur, GA  30030

    Justin Tharpe Holcombe, Esq.
    Kris Kelly Skaar, Esq.
    Skaar & Feagle, LLP - Marietta
    PO Box 1478
    331 Washington Ave.
    Marietta, GA  30061

Dated:  February 18, 2013.

Respectfully submitted,


 /s/  *K. Ann Broussard*
Barry Goheen (Georgia Bar No. 299203)
J. Anthony Love (Georgia Bar No. 459155)
Ann Broussard (Georgia Bar No. 100142)
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax: (404) 572-5100
bgoheen@kslaw.com
tlove@kslaw.com
abroussard@kslaw.com

*Counsel for Defendant Equifax Information Services LLC*

3