UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, | : |
| **Plaintiff,** | : CIVIL ACTION FILE NO. |
| v. | : 1:12-cv-01006-WSD-AJB |
| EQUIFAX INFORMATION SERVICES LLC, | : |
| **Defendant.** | : |

## ORDER ON JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

On this day, came before the Court the Parties' Joint Motion To Extend the Scheduling Order Deadlines. Having considered the Parties' Motion, and for good cause shown, the Court finds that the Motion should be **GRANTED**. **IT IS HEREBY ORDERED** that the discovery deadline is extended 60 days and all subsequent dates set forth in the Court's October 2, 2012, scheduling order be extended to reflect the 60-day extension of the discovery period.

Further extensions shall not be granted under any circumstances.

**IT IS SO ORDERED**, this 21st day of February, 2013.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)