# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | )<br>)<br>)<br>)   CIVIL ACTION FILE NUMBER:<br>)<br>)       1:12-cv-01006-WSD-AJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED between the parties that the matter should be ordered dismissed with prejudice as to Plaintiff Lisa Matarazzo and without prejudice as to the putative class by the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs.

| | |
|---|---|
| KING & SPALDING LLP | FRANCIS & MAILMAN, P.C. |
| *s/ Barry Goheen* | */s/ David A. Searles* |
| Barry Goheen | David A. Searles |
| Attorneys for Defendant | Attorneys for Plaintiff |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO, ) | |
| ) | CIVIL ACTION FILE NUMBER: |
| Plaintiff, ) | |
| ) | 1:12-cv-01006-WSD-AJB |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

AND NOW, it appearing the parties have agreed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action should be dismissed, it is HEREBY ORDERED that this matter is dismissed with prejudice as to Plaintiff Lisa Matarazzo, and without prejudice to the putative class, and without costs.

IT IS SO ORDERED:

_____