IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA MATARAZZO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　Defendant. | CIVIL ACTION FILE NUMBER:<br><br>1:12-cv-01006-WSD-AJB |

## ORDER

AND NOW, it appearing the parties have agreed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action should be dismissed, it is HEREBY ORDERED that this matter is dismissed with prejudice as to Plaintiff Lisa Matarazzo, and without prejudice to the putative class, and without costs.

IT IS SO ORDERED:

_/s/ William S. Duffey_____
William S. Duffey, Jr.
United States District Judge